MIDDAUGH v. THE CITY OF ELMIRA. — Motion for leave to go to the Court of Appeals denied.

JOHN H. HALL, as *Superintendent of the Poor of the county of Schuyler, Appellant,* v. ISAAC THOMAS and OLIVER WHITMAN, *as Overseers of the Poor of the town of Erie, in the county of Chemung, Respondents.* — Order affirmed, with ten dollars costs and printing disbursements.

CORDELIA MOREY, *Respondent,* v. THE VILLAGE OF WEST TROY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

DANIEL E. DONOVAN, *Respondent,* v. JAMES H. VANDEMARK, *Appellant.* — Judgment affirmed, with costs. Order affirmed, with ten dollars costs. Opinion by LEARNED, P. J.

JOHN ANDERSON and others, *Appellants,* v. ORSON O. WHEELER, *Sheriff, etc., Respondent.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

WALTER S. CHURCH, *Appellant,* v. ADALINE P. KIDD, *as Executrix, etc., Respondent.* — Judgment affirmed, with costs.

GILLETTA LOW, *Respondent,* v. MICHAEL McNAMARA WALSH, *Appellant* — Judgment affirmed, with costs, on opinion of POTTER, J.

MARY J. GARTHWAIT, *Appellant,* v. JOHN S. GARTHWAIT and others, *Respondents.* — Judgment affirmed, with costs.

PHILO RICHARDS, *Respondent,* v. ELIZABETH RICHARDS, *as Administratrix, etc., Appellant.* — Judgment affirmed, with costs.

ROXY A. ALDEN v. THE PRESIDENT, ETC., OF THE DELAWARE AND HUDSON CANAL COMPANY. — Motion for leave to go to Court of Appeals and for re-argument denied, with ten dollars costs. LEARNED, P. J., taking no part.

CORNELIUS D. WEAVER v. JOSIE A. HALL.— Motion to open default denied, with ten dollars costs.

LUKE NOONE v. EDGAR B. NEWKIRK.— Judgment and order affirmed, with costs.